# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re: POWELL, ROGERS & SPEAKS, INC.      §    Case No. 17-01958

§

POWELL, ROGERS AND SPEAKS      §

Debtor(s)      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Markian R Slobodian, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $815,090.00               Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $457,513.12        Claims Discharged
                                        Without Payment: N/A

Total Expenses of Administration: $91,754.51

---

3) Total gross receipts of $     549,267.63     (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $     0.00     (see **Exhibit 2**), yielded net receipts of $549,267.63
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $531,556.13 | $2,475,416.05 | $456,634.97 | $456,634.97 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 123,074.32 | 88,632.66 | 88,632.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 3,121.85 | 3,121.85 | 3,121.85 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 49,525.22 | 76,235.86 | 76,235.86 | 878.15 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,537,265.78 | 1,694,938.43 | 1,694,938.43 | 0.00 |
| **TOTAL DISBURSEMENTS** | $2,118,347.13 | $4,372,786.51 | $2,319,563.77 | $549,267.63 |

4) This case was originally filed under Chapter 7 on May 11, 2017. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/20/2021          By: /s/Markian R Slobodian
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account - Wells Fargo | 1129-000 | 29,267.63 |
| Real Estate at 1 Fisher St., Halifax, PA | 1110-000 | 440,000.00 |
| Land - Peters Mountain Road, Halifax, PA | 1110-000 | 75,000.00 |
| Third Party Cause of Action - Judgment | 1249-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$549,267.63** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8S-4 | Pennsylvania Department of Revenue | 4110-000 | unknown | 1,409,094.87 | 0.00 | 0.00 |
| 01 | Mid Penn Bank | 4210-000 | N/A | 21,930.42 | 21,930.42 | 21,930.42 |
| 12 | Mid Penn Bank | 4110-000 | 342,700.42 | 375,987.37 | 0.00 | 0.00 |
| 13 | Mid Penn Bank | 4110-000 | N/A | 233,698.84 | 0.00 | 0.00 |
| NOTFILED | Plaintiffs of UDTO, Inc. Lawsuit | 4120-000 | 188,855.71 | N/A | N/A | 0.00 |
| | PA Dept. of Revenue | 4120-000 | N/A | 53,386.45 | 53,386.45 | 53,386.45 |
| | Dauphin County Tax Claim Bureau | 4700-000 | N/A | 3,216.69 | 3,216.69 | 3,216.69 |
| | Mid Penn Bank | 4110-000 | N/A | 307,228.66 | 307,228.66 | 307,228.66 |
| | Halifax Area Water and Sewer Authority | 4700-000 | N/A | 7,390.20 | 7,390.20 | 7,390.20 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | | | | | |
|---|---|---|---|---|---|
| Dauphin County Treasurer | 4700-000 | N/A | 63,482.55 | 63,482.55 | 63,482.55 |
| **TOTAL SECURED CLAIMS** | | $531,556.13 | $2,475,416.05 | $456,634.97 | $456,634.97 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Markian R Slobodian | 2100-000 | N/A | 30,713.38 | 6,216.72 | 6,216.72 |
| Trustee Expenses - Markian R Slobodian | 2200-000 | N/A | 103.20 | 103.20 | 103.20 |
| Attorney for Trustee Fees (Trustee Firm) - Law Offices of Markian R Slobodian | 3110-000 | N/A | 29,945.00 | 20,000.00 | 20,000.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Law Offices of Markian R | 3120-000 | N/A | 890.85 | 890.85 | 890.85 |
| Other - Miller Dixon Drake, PC | 3410-000 | N/A | 3,000.00 | 3,000.00 | 3,000.00 |
| Other - PP&L Electric Utilities | 2420-000 | N/A | 1,450.76 | 1,450.76 | 1,450.76 |
| U.S. Trustee Quarterly Fees - United States Trustee | 2950-000 | N/A | 1,300.00 | 1,300.00 | 1,300.00 |
| Other - International Sureties, Ltd. | 2300-000 | N/A | 12.23 | 12.23 | 12.23 |
| Other - Re/Max 1st Advantage | 3510-000 | N/A | 4,500.00 | 4,500.00 | 4,500.00 |
| Other - 1st Advantage Settlement Services, Inc. | 2500-000 | N/A | 277.00 | 277.00 | 277.00 |
| Other - Kyley Schadel, Tax Collector | 2820-000 | N/A | 1,876.01 | 1,876.01 | 1,876.01 |
| Other - RE/MAX 1st Advantage | 3510-000 | N/A | 26,400.00 | 26,400.00 | 26,400.00 |
| Other - Recorder of Deeds | 2500-000 | N/A | 158.75 | 158.75 | 158.75 |
| Other - RE/MAX 1st Advantage | 3520-000 | N/A | 331.00 | 331.00 | 331.00 |
| Other - Halifax Township/Halifax Borough | 2820-000 | N/A | 21,570.62 | 21,570.62 | 21,570.62 |
| Other - McNees, Wallace & Nurick | 2500-000 | N/A | 150.00 | 150.00 | 150.00 |
| Other - Mid Penn Bank | 2500-000 | N/A | 104.61 | 104.61 | 104.61 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 27.41 | 27.41 | 27.41 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 53.10 | 53.10 | 53.10 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 50.55 | 50.55 | 50.55 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 55.69 | 55.69 | 55.69 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 53.86 | 53.86 | 53.86 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 50.30 | 50.30 | 50.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $123,074.32 | $88,632.66 | $88,632.66 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Pennsylvania Department of Revenue | 6990-000 | N/A | 3,121.85 | 3,121.85 | 3,121.85 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $3,121.85 | $3,121.85 | $3,121.85 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P-6 | Department of the Treasury | 5800-000 | 42,435.19 | 38,239.95 | 38,239.95 | 440.48 |
| 4 | Commonwealth of Pennsylvania - UCTS | 5800-000 | 2,980.46 | 2,999.78 | 2,999.78 | 34.55 |
| 5P | Franchise Tax Board | 5800-000 | 3,414.19 | 3,414.19 | 3,414.19 | 39.33 |
| 6P | Clerk - State of Florida - Department of Revenue | 5800-001 | 25.00 | 30.00 | 30.00 | 0.35 |
| 7P-2 | State of Florida - Department of Revenue | 5800-000 | 670.38 | 540.38 | 540.38 | 6.22 |
| 8P-4 | Pennsylvania Department of Revenue | 5800-000 | unknown | 30,721.76 | 30,721.76 | 353.88 |
| 14 | Clerk - Borough of Royalton | 5800-001 | N/A | 289.80 | 289.80 | 3.34 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $49,525.22 | $76,235.86 | $76,235.86 | $878.15 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U-6 | Department of the Treasury | 7100-000 | N/A | 44,511.93 | 44,511.93 | 0.00 |
| 2 | American Express Bank, FSB | 7100-000 | 41,057.53 | 28,812.85 | 28,812.85 | 0.00 |
| 3 | American Express Bank, FSB | 7100-000 | N/A | 13,424.48 | 13,424.48 | 0.00 |
| 5U | Franchise Tax Board | 7100-000 | 16,721.81 | 16,721.81 | 16,721.81 | 0.00 |
| 6U | State of Florida - Department of Revenue | 7100-000 | 300.00 | 300.00 | 300.00 | 0.00 |
| 7U-2 | State of Florida - Department of Revenue | 7100-000 | 25.00 | 25.00 | 25.00 | 0.00 |
| 8U-4 | Pennsylvania Department of Revenue | 7100-000 | unknown | 6,964.26 | 6,964.26 | 0.00 |
| 10 | Halifax Area School District | 7100-000 | N/A | 184,178.10 | 184,178.10 | 0.00 |
| 11 -2 | Panther Valley School District | 7100-000 | 1,400,000.00 | 1,400,000.00 | 1,400,000.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 -2 | COMMONWEALTH OF PA UCTS (ADMINISTRATIVE) | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | Art Communication System | 7100-000 | 29,892.00 | N/A | N/A | 0.00 |
| NOTFILED | Pitney Bowes | 7100-000 | 542.94 | N/A | N/A | 0.00 |
| NOTFILED | Valley Waste | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Keystone Collections Group | 7100-000 | 552.69 | N/A | N/A | 0.00 |
| NOTFILED | E-Oscar Online Data Exchange | 7100-000 | 92.70 | N/A | N/A | 0.00 |
| NOTFILED | Deluxe Corporation | 7100-000 | 69.14 | N/A | N/A | 0.00 |
| NOTFILED | Primus Technologies | 7100-000 | 1,350.38 | N/A | N/A | 0.00 |
| NOTFILED | Kint Fire Protection | 7100-000 | 294.31 | N/A | N/A | 0.00 |
| NOTFILED | Rev Spring | 7100-000 | 2,234.43 | N/A | N/A | 0.00 |
| NOTFILED | Advanta | 7100-000 | 3,479.41 | N/A | N/A | 0.00 |
| NOTFILED | Saul Ewing | 7100-000 | 29,455.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 10,798.44 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,537,265.78 | $1,694,938.43 | $1,694,938.43 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 17-01958 | **Trustee:** (580580) Markian R Slobodian | |
| **Case Name:** POWELL, ROGERS & SPEAKS, INC. | **Filed (f) or Converted (c):** 10/04/18 (c) | |
| | **§341(a) Meeting Date:** 11/27/18 | |
| **Period Ending:** 04/20/21 | **Claims Bar Date:** 01/15/19 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account - Mid Penn | 8,350.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account - Wells Fargo | 181.00 | 10,000.00 | | 29,267.63 | FA |
| 3 | Petty Cash | 228.00 | 0.00 | | 0.00 | FA |
| 4 | Bonds | 1,200.00 | 0.00 | | 0.00 | FA |
| 5 | Accounts Receivable | 11,812.00 | 0.00 | | 0.00 | FA |
| 6 | Office Supplies | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Office Furniture | 10,000.00 | 0.00 | | 0.00 | FA |
| 8 | Office Equipment | 20,000.00 | 0.00 | | 0.00 | FA |
| 9 | Pitney Bowes Postage Meter - Leased | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Real Estate at 1 Fisher St., Halifax, PA | 1,193,700.00 | 10,000.00 | | 440,000.00 | FA |
| 11 | Land - Peters Mountain Road, Halifax, PA | 89,400.00 | 10,000.00 | | 75,000.00 | FA |
| 12 | Third Party Cause of Action - Judgment  (u)<br>Civil Action dismissed 10/9/18. | 763,000.00 | 0.00 | | 0.00 | FA |
| 13 | Third Party Cause of Action - Judgment  (u) | 50,000.00 | 5,000.00 | | 5,000.00 | FA |
| **13** | **Assets** Totals (Excluding unknown values) | **$2,148,371.00** | **$35,000.00** | | **$549,267.63** | **$0.00** |

**Major Activities Affecting Case Closing:**

10/8/18 - Letter from R. Chernicoff, Esq. regarding a PA Revenue audit for sales taxes and contesting the assessed amount.

10/9/18 - Email from M. Hess, Esq. regarding Mid Penn Bank would like Trustee to liquidate real and personal property for them as secured creditor.

10/9/18 - Email from Well Fargo Bank regarding 5 accounts and request for disposition of accounts.

10/11/18 - Request to Wells Fargo Bank to liquidate bank accounts.

10/12/18 - Trustee forwarded request to Wells Fargo Bank to liquidate accounts and send funds to Trustee.

10/23/18 - Order approving appt. of attorney for Trustee.

11/1/18 - Funds received from Wells Fargo Bank regarding liquidation of 4 bank accounts.

11/5/18 - Funds received from Wells Fargo Bank regarding liquidation of 1 account no. 0697.

1/10/19 - Trustee reached settlement with Mid Penn Bank regarding claimed lien on Wells Fargo bank account funds - Asset #2.

2/11/19 - Trustee filed objection to withdrawal of appearance filed by Bradley A. Bizzle, Esq.

2/11/19 - Motion for Rule 2004 examination of Brenda Stutzman and Bradley A. Bizzle, Esq. filed by Trustee.

2/12/19 - Motion to Settle claim with Mid Penn Bank filed by Trustee.

3/5/19 - Objection deadline regarding motion to settle claim with Mid Penn Bank.

3/11/19 - Order approving Trustee's motion to settle with Mid Penn Bank.

3/14/19 - Letter from Brenda Stutzman to Trustee regarding her attendance at Rule 2004 examination scheduled for 3/26/19.

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 17-01958 | **Trustee:** (580580) Markian R Slobodian |
| **Case Name:** POWELL, ROGERS & SPEAKS, INC. | **Filed (f) or Converted (c):** 10/04/18 (c) |
| | **§341(a) Meeting Date:** 11/27/18 |
| **Period Ending:** 04/20/21 | **Claims Bar Date:** 01/15/19 |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

3/19/19 - Check forwarded to M. Hess, Esq. for Mid Penn Bank for the settled upon portion of funds collected from Debtor's bank accounts by Trustee.

4/12/19 - 341 meeting continued to this date. Concluded

4/15/19 - Withdrawal of Objection of Motion of Debtor's Counsel for Withdrawal of Appearance filed by Trustee.

4/15/19 - Trustee will sell Debtor's real estate in Halifax, PA.

4/16/19 - Trustee's email to Brenda Powell requesting the following:

1) Contact information for former employee Gail;

2) Combinations for the two safes at the premises;

3) Contact information for the two IT consultants;

4) List of any CCS property at the building or authorization on behalf of CCS to dispose of such property; and

5) Any sales or income tax returns which you have not previously provided.

4/16/19 - Information received from B. Powell regarding sale tax audits with the PA Dept. of Revenue.

4/24/19 - Email to J. Leidy (realtor) requesting a listing agreement for the real estate at 208 N. River Road/1 Fisher Street, Halifax, PA with a list price of $695,000 and regarding researching address for land owned by Debtor on Peters Mountain Road in Halifax.

4/29/19 - Application to employ Re/Max 1st Advantage as realtor filed by Trustee.

5/7/19 - Order approving appointment of Re/Max 1st Advantage as realtor for Trustee.

5/8/19 - Email to J. Leidy (realtor) forwarding Order and requesting commencement of marketing of real estate.

8/1/19 - Email to G. Dixon, CPA forwarding letter and documents requesting quote for income tax return preparation for tax year 2018.

8/5/19 - Application for appointment of Miller, Dixon, Drake, PC as accountant for Trustee filed.

8/9/19 - Motion to sell Land on Peters Mountain Road filed by Trustee.

8/12/19 - Notice of motion to sell land served on all creditors and parties-in-interest.

8/27/19 - Fee Application of accountant filed by Trustee.

8/28/19 - 2018 income tax returns forwarded to taxing authorities.

8/30/19 - Motion to sell warehouse property in Halifax, PA filed by Trustee.

9/3/19 - Motion to Sell and order setting answer and hearing dates regarding sale of warehouse forwarded to all parties in interest and certificate of service filed.

9/3/19 - Affidavit of Realtor regarding marketing of land forwarded to J. Leidy (realtor) for review and completion.

9/2/19 - Objection deadline regarding motion to sell land.

9/9/19 - Affidavit of Realtor regarding good faith purchaser filed regarding sale of land on Peters Mountain Road.

9/9/19 - Order approving sale of land on Peters Mountain Road.

9/17/19 - Hearing on Motion to Sell Land.

9/17/19 - Objection deadline regarding accountant fee application.

9/19/19 - Letter from IRS stating tax return was accepted as filed.

9/24/19 - Objection deadline regarding motion to sell warehouse.

9/25/19 - Order approving payment of Miller Dixon Drake, PC for income tax return preparation.

9/27/19 - Closing held on sale of land on Peters Mountain Road.

9/30/19 - Affidavit of Realtor regarding good faith purchaser filed by Trustee regarding warehouse property sale.

9/30/19 - Order approving sale of warehouse.

10/4/19 - Check forwarded to Miller Dixon Drake, PC for preparation of income tax returns.

10/7/19 - Report of sale filed regarding sale of land on Peters Mountain Road.

Exhibit 8

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 17-01958 | **Trustee:** (580580) Markian R Slobodian | |
| **Case Name:** POWELL, ROGERS & SPEAKS, INC. | **Filed (f) or Converted (c):** 10/04/18 (c) | |
| | **§341(a) Meeting Date:** 11/27/18 | |
| **Period Ending:** 04/20/21 | **Claims Bar Date:** 01/15/19 | |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

10/8/19 - Hearing on Motion to Sell Warehouse. cancelled.

10/15/19 - Closing held on sale of warehouse property in Halifax, PA.

10/17/19 - Report of Sale filed regarding sale of warehouse property in Halifax, PA.

10/28/19 - Motion to Approve Settlement regarding State Court Record Storage and Destruction Claim filed by Trustee.

11/18/19 - Objection deadline regarding Settlement of storage claim.

12/26/19 - Check forwarded to B. Berkoski at Mid Penn Bank for partial reimbursement of advancing the cost of records destruction.

1/16/20 - Email to G. Dixon, CPA forwarding documents for preparation of final income tax returns and requesting quote.

1/16/20 - Application to employ Miller Dixon Drake, PC as accountant for Trustee filed.

1/24/20 - Order approving appointment of accountant for Trustee.

1/29/20 - Email to G. Dixon, CPA forwarding order appointing accountant and requesting commencement of preparation of final income tax returns.

3/3/20 - Fee Application for Accountant for preparation of 2019 income tax returns filed by Trustee.

3/3/20 - Final income tax returns sent to taxing authorities.

3/24/20 - Objection deadline regarding fee application.

4/1/20 - Order approving fee application of Trustee's accountant, Miller Dixon Drake PC.

4/3/20 - Check forwarded to Miller Dixon Drake, PC for payment of income tax return preparation.

5/3/20 - Deadline for taxing authorities to give prompt determination of tax due.

8/20/20 - FU with PA Department of Revenue regarding filing of Amended Proof of Claim.

9/24/20 - Final fee application of Trustee's counsel filed by Trustee.

9/24/20 - TFR forwarded to US Trustee's office for review.

10/6/2020 - Revised TFR forwarded to US Trustee's office for review.

10/13/2020 - Second Revised TFR forwarded to US Trustee's office for review.

12/4/20 - Notice of final report forwarded to all creditors.

12/4/20 - Notice of final report and certificate of services filed with the Bankruptcy Court.

12/25/20 - Deadline to object to final report.

1/4/21 - Distribution Order.

1/7/21 - Distributions made to creditors.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** August 1, 2019 | **Current Projected Date Of Final Report (TFR):** October 13, 2020 (Actual) | |

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 17-01958 | |
| **Case Name:** | POWELL, ROGERS & SPEAKS, INC. | |
| **Taxpayer ID #:** | **-***5661 | |
| **Period Ending:** | 04/20/21 | |

| | |
|---|---|
| **Trustee:** | Markian R Slobodian (580580) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******2266 - Checking Account |
| **Blanket Bond:** | $6,889,586.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/01/18 | {2} | Wells Fargo Bank. N.A. | Liquidation of Bank Acct. 0770 | 1129-000 | 10,237.05 | | 10,237.05 |
| 11/01/18 | {2} | Wells Fargo Bank, N.A. | Liquidation of Bank Account #0788 | 1129-000 | 831.43 | | 11,068.48 |
| 11/01/18 | {2} | Wells Fargo Bank, N.A. | Liquidation of Bank Account #0796 | 1129-000 | 5.00 | | 11,073.48 |
| 11/01/18 | {2} | Wells Fargo Bank, N.A. | Liquidation of Bank Account #0511 | 1129-000 | 1.00 | | 11,074.48 |
| 11/05/18 | {2} | Wells Fargo Bank, N.A. | Liquidation of Account No. 0697 | 1129-000 | 16,163.98 | | 27,238.46 |
| 12/26/18 | {2} | Wells Fargo Bank, N.A. | Liquidation of Account No. 0697 | 1129-000 | 1,907.17 | | 29,145.63 |
| 03/19/19 | 101 | Mid Penn Bank | Settlement of Secured Claim Regarding Wells Fargo Bank Accounts | 4210-000 | | 19,430.42 | 9,715.21 |
| 06/11/19 | 102 | PP&L Electric Utilities | Account No. 17240-73055, 2nd St., Halifax, PA | 2420-000 | | 135.51 | 9,579.70 |
| 07/10/19 | 103 | PP&L Electric Utilities | Account No. 17240-73055, 2nd Street, Halifax, PA | 2420-000 | | 309.73 | 9,269.97 |
| 07/23/19 | {2} | Wells Fargo Bank, N.A. | Liquidation of Account No. 0697 | 1129-000 | 122.00 | | 9,391.97 |
| 08/12/19 | 104 | PP&L Electric Utilities | Account No. 17240-73055, 2nd St., Halifax, PA | 2420-000 | | 265.95 | 9,126.02 |
| 09/16/19 | 105 | PP&L Electric Utilities | Account No. 17240-73055, Halifax, PA | 2420-000 | | 269.97 | 8,856.05 |
| 10/02/19 | | Transition Transfer Debit | | 9999-000 | | 8,856.05 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 29,267.63 | 29,267.63 | $0.00 |
| Less: Bank Transfers | 0.00 | 8,856.05 | |
| **Subtotal** | 29,267.63 | 20,411.58 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$29,267.63** | **$20,411.58** | |

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case Number:** | 17-01958 | **Trustee:** | Markian R Slobodian (580580) |
| **Case Name:** | POWELL, ROGERS & SPEAKS, INC. | **Bank Name:** | Metropolitan Commercial Bank |
| | | **Account:** | ******3175 - Checking Account |
| **Taxpayer ID #:** | **-***5661 | **Blanket Bond:** | $6,889,586.00  (per case limit) |
| **Period Ending:** | 04/20/21 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/02/19 | | Transfer from 4083 to 3175 | Transfer from 4083 to 3175 | | 9999-000 | 8,856.05 | | 8,856.05 |
| 10/04/19 | | 1st Advantage Settlement Services, Inc. | | | | | 10,000.00 | 18,856.05 |
| | {11} | Jeff Noblit Plumbing | Gross Sale Proceeds | 75,000.00 | 1110-000 | | | 18,856.05 |
| | | PA Dept. of Revenue | Payment of First Mortgage Judgment Lien | -53,386.45 | 4120-000 | | | 18,856.05 |
| | | Re/Max 1st Advantage | Real Estate Commission | -4,500.00 | 3510-000 | | | 18,856.05 |
| | | | Misc Costs of Sale | -277.00 | 2500-000 | | | 18,856.05 |
| | {11} | Markian R. Slobodian, Trustee | Misc Costs of Sale | -243.85 | 1110-000 | | | 18,856.05 |
| | {11} | Markian R. Slobodian, Trustee | Accounting Fee - Income Tax Return Preparation | -1,500.00 | 1110-000 | | | 18,856.05 |
| | | Kyley Schadel, Tax Collector | Real Estate Taxes | -1,876.01 | 2820-000 | | | 18,856.05 |
| | | Dauphin County Tax Claim Bureau | Delinquent Real Estate Taxes | -3,216.69 | 4700-000 | | | 18,856.05 |
| 10/04/19 | {11} | 1st Advantage Settlement Services, Inc. | Reimbursement for Sale Costs and Escrow for Income Tax Preparation | | 1110-000 | 1,743.85 | | 20,599.90 |
| 10/04/19 | 10106 | Miller Dixon Drake, PC | Invoice No. 4409 | | 3410-000 | | 1,500.00 | 19,099.90 |
| 10/10/19 | 10107 | PP&L Electric Utilities | Account No. 17240-73055, 2nd Street, Halifax, PA | | 2420-000 | | 374.21 | 18,725.69 |
| 10/16/19 | {10} | Pine Street Land Company | Reimbursement of Expenses from Sale of Warehouse | | 1110-000 | 3,288.22 | | 22,013.91 |
| 10/16/19 | | Pine Street Land Company | Sale Proceeds - Warehouse Property in Halifax, PA | | | | 10,000.00 | 32,013.91 |
| | {10} | BAP Propoerties, LLC | Gross Sale Proceeds | 440,000.00 | 1110-000 | | | 32,013.91 |
| | | Mid Penn Bank | Payment to 1st Mortgage Holder | -307,228.66 | 4110-000 | | | 32,013.91 |
| | | RE/MAX 1st Advantage | Realtor's Commission | -26,400.00 | 3510-000 | | | 32,013.91 |
| | | Recorder of Deeds | Misc. Costs of Sale - Recording of Deed | -158.75 | 2500-000 | | | 32,013.91 |
| | | RE/MAX 1st Advantage | Realtor Expenses | -331.00 | 3520-000 | | | 32,013.91 |
| | | Halifax Area Water and Sewer Authority | Municipal Lien | -7,390.20 | 4700-000 | | | 32,013.91 |
| | | Dauphin County Treasurer | Past Due Real Estate Taxes | -63,482.55 | 4700-000 | | | 32,013.91 |
| | | Halifax Township/Halifax Borough | Current Real Estate Taxes | -21,570.62 | 2820-000 | | | 32,013.91 |
| | {10} | Markian R. Slobodian, Trustee | Misc. Costs of Sale | -3,288.22 | 1110-000 | | | 32,013.91 |
| | | McNees, Wallace & Nurick | Misc. Costs of Sale - | -150.00 | 2500-000 | | | 32,013.91 |
| | | | Subtotals : | | | $33,888.12 | $1,874.21 | |

{} Asset references)

Case 1:17-bk-01958-HWV    Doc 258    Filed 05/14/21    Entered 05/14/21 09:35:32    Desc
Main Document      Page 11 of 13

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 17-01958 | | **Trustee:** | Markian R Slobodian (580580) | | |
| **Case Name:** | POWELL, ROGERS & SPEAKS, INC. | | **Bank Name:** | Metropolitan Commercial Bank | | |
| | | | **Account:** | ******3175 - Checking Account | | |
| **Taxpayer ID #:** | **-***5661 | | **Blanket Bond:** | $6,889,586.00  (per case limit) | | |
| **Period Ending:** | 04/20/21 | | **Separate Bond:** | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Deed Preparation | | | | |
| 10/22/19 | 10108 | PP&L Electric Utilities | Account No. 17240-73055, 2nd St., Halifax, PA | 2420-000 | | 95.39 | 31,918.52 |
| 10/22/19 | 10109 | Mid Penn Bank | Refund - Escrow for Final Electric at Warehouse in Halifax, PA | 2500-000 | | 104.61 | 31,813.91 |
| 12/02/19 | {13} | Kegel Kelin Almy & Lord LLP | Payment of Settlement Funds by Municipalities & Schools | 1249-000 | 5,000.00 | | 36,813.91 |
| 12/26/19 | 10110 | Mid Penn Bank | Settlement Proceeds - Litigation with Municipalities re Destruction of Records | 4210-000 | | 2,500.00 | 34,313.91 |
| 01/06/20 | 10111 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/06/2020 FOR CASE #17-01958, Bond No. 016026361 | 2300-000 | | 12.23 | 34,301.68 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 27.41 | 34,274.27 |
| 04/03/20 | 10112 | Miller Dixon Drake, PC | Invoice No. 4717 | 3410-000 | | 1,500.00 | 32,774.27 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 53.10 | 32,721.17 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 50.55 | 32,670.62 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 55.69 | 32,614.93 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 53.86 | 32,561.07 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 50.30 | 32,510.77 |
| 01/07/21 | 10113 | Markian R Slobodian | Dividend paid 100.00% on $6,216.72, Trustee Compensation;  Reference: | 2100-000 | | 6,216.72 | 26,294.05 |
| 01/07/21 | 10114 | Markian R Slobodian | Dividend paid 100.00% on $103.20, Trustee Expenses;  Reference: | 2200-000 | | 103.20 | 26,190.85 |
| 01/07/21 | 10115 | Law Offices of  Markian R Slobodian | Dividend paid 100.00% on $20,000.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 20,000.00 | 6,190.85 |
| 01/07/21 | 10116 | Law Offices of  Markian R Slobodian | Dividend paid 100.00% on $890.85, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 890.85 | 5,300.00 |
| 01/07/21 | 10117 | United States Trustee | Dividend paid 100.00% on $1,300.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 1,300.00 | 4,000.00 |
| 01/07/21 | 10118 | Pennsylvania Department of Revenue | Dividend paid 100.00% on $3,121.85, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 3,121.85 | 878.15 |
| 01/07/21 | 10119 | Department of the Treasury | Dividend paid   1.15% on $38,239.95; Claim# 1P-6; Filed: $38,239.95; Reference: 5661 | 5800-000 | | 440.48 | 437.67 |
| 01/07/21 | 10120 | Commonwealth of Pennsylvania - UCTS | Dividend paid   1.15% on $2,999.78; Claim# 4; Filed: $2,999.78; Reference: 2226930 | 5800-000 | | 34.55 | 403.12 |
| 01/07/21 | 10121 | Franchise Tax Board | Dividend paid   1.15% on $3,414.19; Claim# | 5800-000 | | 39.33 | 363.79 |
| | | | Subtotals : | | $5,000.00 | $36,650.12 | |

Case 1:17-bk-01958-HWV    Doc 258    Filed 05/14/21    Entered 05/14/21 09:35:32    Desc
Main Document    Page 12 of 13

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 17-01958 | |
| Case Name: | POWELL, ROGERS & SPEAKS, INC. | |
| | | |
| Taxpayer ID #: | **-***5661 | |
| Period Ending: | 04/20/21 | |

| | |
|---|---|
| Trustee: | Markian R Slobodian (580580) |
| Bank Name: | Metropolitan Commercial Bank |
| Account: | ******3175 - Checking Account |
| Blanket Bond: | $6,889,586.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 5P; Filed: $3,414.19; Reference: 8394 | | | | |
| 01/07/21 | 10122 | State of Florida - Department of Revenue | Dividend paid  1.15% on $540.38; Claim# 7P-2; Filed: $540.38; Reference: 5661 | 5800-000 | | 6.22 | 357.57 |
| 01/07/21 | 10123 | Pennsylvania Department of Revenue | Dividend paid  1.15% on $30,721.76; Claim# 8P-4; Filed: $30,721.76; Reference: | 5800-000 | | 353.88 | 3.69 |
| 01/07/21 | 10124 | Clerk | COMBINED SMALL CHECK | | | 3.69 | 0.00 |
| | | | Dividend paid  1.15% on            0.35 $30.00;  Claim# 6P; Filed: $30.00; Reference: 5661 | 5800-001 | | | 0.00 |
| | | | Dividend paid  1.15% on            3.34 $289.80;  Claim# 14; Filed: $289.80 | 5800-001 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 38,888.12 | 38,888.12 | $0.00 |
| Less: Bank Transfers | 8,856.05 | 0.00 | |
| **Subtotal** | 30,032.07 | 38,888.12 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$30,032.07** | **$38,888.12** | |

| | |
|---|---|
| Net Receipts : | 59,299.70 |
| Plus Gross Adjustments : | 489,967.93 |
| Net Estate : | $549,267.63 |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******2266** | **29,267.63** | **20,411.58** | **0.00** |
| **Checking # ******3175** | **30,032.07** | **38,888.12** | **0.00** |
| | **$59,299.70** | **$59,299.70** | **$0.00** |